**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000072**
**10-JUN-2015**
**08:35 AM**

NO. CAAP-15-0000072

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
GARET MORRETTE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 14-1-0375)

ORDER APPROVING THE JUNE 5, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 5, 2015, by Defendant-Appellant Garet Morrette (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), which governs dismissal of docketed appeals; (3) the appeal was docketed March 17, 2015; and (4) the stipulation includes Appellant's declaration, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 10, 2015.

Presiding Judge

Associate Judge

Associate Judge